| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Charlie C. Powell, Sr<br>8404 SVL Box<br>Victorville, CA 92395<br><br>☐ Attorney for<br>☒ Pro Se Debtor | **FILED**<br>MAY 03 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER bk-18373-MJ |
| In re<br>Charlie C. Powell, Sr<br><br>Debtor(s). | **DECLARATION RE PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS[1] (PRECONFIRMATION)**<br><br>Confirmation Hearing set for:<br>5/03/10   1:30 pm |

*In a joint case, each debtor must file a separate form. This declaration must be filed with the court and served on the Chapter 13 trustee not later than 7 days before the meeting of creditors pursuant to 11 U.S.C. § 341(a). Further declarations on the status of the Debtor's domestic support obligations must be filed on or before the date of each hearing on confirmation of the Debtor's plan. Check the appropriate boxes.*

I, __Charlie C. Powell__ (Debtor's name), hereby declare:

☐ As of the date of this declaration, I have paid all amounts that are required to be paid under a domestic support obligation that first became payable after the date of the filing of the petition.

☐ No domestic support obligations will come due between the date of this declaration and the date set for hearing on confirmation of my plan set forth above.

☐ As of the date of this declaration, I have NOT paid all amounts that are required to be paid under a domestic support obligation that first became payable after the date of the filing of the petition.

☒ I do not owe any domestic support obligations.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/3/2010     _____
                    Debtor

---

[1] The term "domestic support obligation" is defined in 11 U.S.C. § 101(14A).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009                                                F 3015-1.8

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Charlie C. Powell, Sr<br>8404 SVL Box<br>Victorville Ca 92395<br><br>☐ Attorney for<br>☒ Pro Se Debtor | **FILED**<br>MAY 03 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 10-bk-18373 MJ |
| In re Charlie C. Powell, Sr<br><br>Debtor(s). | **DECLARATION RE TAX RETURNS (PRECONFIRMATION)**<br><br>**Confirmation Hearing set for:**<br>5/03/10    1:30 pm |

*In a joint case, each debtor must file a separate form. This declaration must be filed with the court and served on the Chapter 13 trustee not later than 10 days before the date on which the meeting of creditors pursuant to 11 U.S.C. § 341(a) is first scheduled. Check the appropriate boxes.*

I, __Charlie C. Powell, Sr__ _(Debtor's name)_, hereby declare:

☐ I have filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4 year period ending on the date of the filing of the petition, as required by 11 U.S.C. § 1308.

☒ I have NOT filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4 year period ending on the date of the filing of the petition, as required by 11 U.S.C. § 1308. I have not filed the following return(s) for the following years:[1]

| Year | Taxing Authority (federal, state, or local) | Proposed Date for Filing Return |
|---|---|---|
| | | |
| | | |

☒ I am not required to file federal, state, or local tax returns because: __I Receive Social Security Benefits for 5 years or more.__

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/03/2010

_Powell_
Debtor

---

[1] Attach additional pages as necessary.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2005                                                                                                 **F 3015-1.9**