| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>Linda S. Conway, SBN 158634<br>4361 Latham Street, Suite 270<br>Riverside, CA 92501-1749<br>(951) 826-8000  FAX (951) 826-8090<br><br>☐ Attorney for<br>☒ Chapter 13 Trustee | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 6:10-bk-18373-MJ |
| In re:<br><br>CHARLIE C. POWELL, SR.,<br><br>Debtor(s). | (No Hearing Required) |

## TRUSTEE'S COMMENTS ON OR OBJECTION TO:

☒ DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
☐ DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT
☐ DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY
☐ DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY
☐ OTHER: _____

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on ___4/30/10___ as docket entry number ___9___, recommends:

☒ DISAPPROVAL for the following reasons:
Motion is procedurally improper.  Debtor's Plan has not yet been confirmed.  The confirmation hearing has been continued to June 7, 2010.

Dated: May 18, 2010

_____
Chapter 13 Trustee

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

July 2008                                                                                              F 3015-1.13