ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA  92501
(951) 826-8000

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: ) | Chapter 13 |
| ) | Case No.  **6:10-bk-18373-MJ** |
| **CHARLIE C POWELL, SR** ) | |
| ) | **TRUSTEE'S REPORT** |
| _____ ) | |

Comes now the duly appointed Trustee in this case, and shows to the Court the following:

Debtor's net income is **$0.00** per month.

Spouse/other net income is **$1,409.00** per month.

Debtor's Budget shows **$356.00** disposable income.

Debtor proposed to pay **$356.00** per month into the Plan.

Estimated number of months to complete:  **60** months.

This Plan will pay **3.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

**THE DEBTOR SHALL PROVIDE PROOF OF AUTOMOBILE INSURANCE TO THE CHAPTER 13 TRUSTEE WITHIN 10 DAYS OF CONFIRMATION. THE DEBTOR SHALL SURRENDER ANY AND ALL INTEREST IN THE VACATION OWNERSHIP TO WYNDHAM VACTION OWNERSHIP. CITI FINANCIAL AUTO SHALL BE PAID $256.31 PER MONTH AT A 5.25% INTEREST RATE FOR 60 MONTHS ONITS SECURED CLAIM OF $13,500.00. DEBTOR(S) PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTOR(S) RESERVES THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Date:  June 23, 2010

_____
Rod Danielson, Chapter 13 Trustee