JOHN F. PATTON, ESQ. (State Bar No. 253175)
jpatton@cookseylaw.com
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1100
Facsimile: (714) 431-1145

Attorneys for Creditor
CITIFINANCIAL AUTO LTD F/K/A ARCADIA FINANCIAL LTD.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>CHARLIE C. POWELL, SR.,<br><br>Debtor. | Case No.: 6:10-bk-18373 MJ<br><br>Chapter 13<br><br>**STIPULATION RE: PRE-CONFIRMATION ADEQUATE PROTECTION PAYMENTS TO CITIFINANCIAL AUTO LTD F/K/A ARCADIA FINANCIAL LTD.** |

Secured Creditor CITIFINANCIAL AUTO LTD F/K/A ARCADIA FINANCIAL LTD. ("CITIFINANCIAL"), by and through its attorneys of record herein, Cooksey, Toolen, Gage, Duffy & Woog, P.C., by John F. Patton Esq., and Debtor CHARLIE C. POWELL, SR. ("Debtor"), by and through Debtor's counsel of record herein, Gregory J. Doan., hereby submit the following Stipulation Re: Pre-Confirmation Adequate Protection Payments to CITIFINANCIAL AUTO LTD F/K/A ARCADIA FINANCIAL LTD.:

WHEREAS, the Debtor herein has filed Bankruptcy Case No. 6:10-bk-18373 MJ, which included the debt associated with the purchase of a 2000 Mercedes-Benz S430, Vehicle Identification Number WDBNG70J8YA039197 (the "Vehicle") financed by CITIFINANCIAL; and

WHEREAS, on April 26, 2010, CITIFINANCIAL filed an Objection to Confirmation of Plan; and

1  WHEREAS, Debtor and CITIFINANCIAL stipulate that CITIFINANCIAL shall be entitled
2  to pre-confirmation adequate protection payments in the amount of $270.00 per month, to be paid
3  from funds available on hand with the trustee; and
4  NOW, THEREFORE, in consideration of the above recitals, sufficiency of which is hereby
5  acknowledged,
6  IT IS HEREBY STIPULATED that CITIFINANCIAL shall be entitled to pre-confirmation
7  adequate protection payments in the amount of $270.00 per month, to be paid from funds available
8  on hand with the trustee.
9
10 IT IS SO STIPULATED.
11 Dated: 6/18/10   By: _____
12                        Gregory J. Doan.
                         Attorney for Debtor
13
14 Dated: 6-18-10  By: _____
                         John F. Patton, Esq.
15                       Attorney for CITIFINANCIAL

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

2

TOTAL P.003

| In re: CHARLIE C. POWELL, SR.<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER: 6:10-BK-18373-MJ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
535 ANTON BLVD., 10TH FLOOR, COSTA MESA, CA 92626

The foregoing document described as STIPULATION RE: PRE-CONFIRMATION ADEQUATE PROTECTION PAYMENTS TO CITIFINANCIAL AUTO LTD F/K/A ARCADIA FINANCIAL LTD. will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 11, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

GREGORY J. DOAN, Attorney for Debtor(s); ecf@doanlaw.com
ROD DANIELSON, Trustee; notice-efile@rodan13.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On June 24, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**DEBTOR(S): ( U.S. MAIL)**
Charlie C. Powell, Sr.
8404 SVL Box
Victorville, CA 92395

**U.S. BANKRUPTCY JUDGE: ( U.S. MAIL)**
Honorable Meredith A. Jury
U.S. Bankruptcy Court
3420 Twelfth Street, Suite 325
Riverside, CA 92501-3819

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 24, 2010 | MATTHEW G. WILLIAMS | /s/ MATTHEW G. WILLIAMSS |
|---|---|---|
| Date | Type Name | Signature |